UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WADE R. COCKBURN,

                    Plaintiff,

          – v. –

DISTRICT OF COLUMBIA, et al.,

                    Defendants.

**ORDER**

21 Misc. 210 (ER)

RAMOS, D.J.:

On March 2, 2021, Wade R. Cockburn, *pro se*, brought this action against the District of Columbia, et al.  Doc. 1.  Plaintiff's complaint does not fall into any of the listed categories of miscellaneous matters.

Accordingly, the Clerk is respectfully directed to open this case as a new unassigned civil action.  The Clerk is further directed to terminate any motions and administratively close the miscellaneous case.

It is SO ORDERED.

Dated:   April 5, 2021
         New York, New York

_____
          EDGARDO RAMOS, U.S.D.J.